IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**PATRICK D. BURTON,**

    **Defendant.**　　　　　　　　　　　　**Case No. 09-cr-30004-DRH**

### ORDER

**HERNDON, Chief Judge:**

    Before the Court is Defendant's Motion to Continue Sentencing Hearing (Doc. 61), currently set for July 16, 2010 at 9:00 a.m. Defendant seeks a continuance due to a notice his counsel received from the Government from the Illinois State Police (Doc. 61, Ex. A), explaining that due to an internal investigation regarding one of its forensic chemists who conducted the chemical analysis used in the prosecution of this matter (*Id.*, Ex. B), the exhibits in Defendant's case must be re-analyzed. Therefore, a continuance is necessary to await the new analysis results. The Motion further states that the Government concurs in this continuance request. For good cause shown, the Motion (Doc. 61) is **GRANTED**. Sentencing is hereby continued to August 20, 2010 at 1:30 p.m.

    **IT IS SO ORDERED**.

    Signed this 13th day of July, 2010.

                             /s/  *David R. Herndon*
                             **Chief Judge**
                             **United States District Court**